**EXHIBIT 2:** INFRINGEMENT
URL: https://www.instagram.com/reel/C7VggdjO1f1/

