IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REED TIMMER,<br><br>Plaintiff,<br><br>v.<br><br>THE REAL MARKET INVESTORS, INC.,<br><br>Defendant. | Case No: 3:25-cv-00370<br><br>Judge William L. Campbell, Jr<br><br>Magistrate Judge Jeffery S. Frensley |

**PLAINTIFF'S MOTION FOR AN ADJOURNMENT OF THE INITIAL CASE MANAGEMENT CONFERENCE**

Comes now plaintiff, Reed Timmer ("*Plaintiff*"), by and though his counsel, respectfully moves this Court pursuant to Local Rule 6.01, for an adjournment of the Initial Case Management Conference, currently scheduled for June 24, 2025, via telephone at 9:30 AM, and for an extension of time of the associated filing deadline(s), and in support thereof, states as follows:

1. The Initial Case Management Conference is currently scheduled for June 24, 2025. [ECF No. 6].

2. Despite Plaintiff's best efforts which, to date, have included the retention of two (2) different process servers and at least eight (8) different service attempts at two (2) different addresses, service has not yet been effectuated upon defendant The Real Market Investors, Inc. ("*Defendant*") or Defendant's registered agent.

3. Plaintiff intends to file a motion for alternate service with this Court in order effectuate service upon Defendant.

4. This is the first request for an adjournment of the Initial Case Management Conference and extension of the associated filing deadline(s).

1

5. The requested adjournment is made in good faith and not for purposes of delay and granting this request will not prejudice any party to this matter.

**WHEREFORE**, Plaintiff respectfully requests that the Court adjourn the Initial Case Management Conference and extend the associated filing deadlines, until a time in which Defendant is served with process and appears in this action.

DATED: June 19, 2025

**SANDERS LAW GROUP**

By: *Craig B. Sanders*
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
      jheffert@sanderslaw.group
File No.: 131009
*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.01

As service of process has not yet been effectuated upon Defendant, and as Defendant has not yet otherwise appeared in this action, Plaintiff is unable to confirm whether Defendant consents or opposes to the requested relief.

*/s/ Craig B. Sanders*
Craig B. Sanders, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2025, a true and correct copy of the above and foregoing document was electronically filed through the Court's CM/ECF filing system which will serve notice on all parties and counsel of record.

*/s/ Craig B. Sanders*
Craig B. Sanders, Esq.