IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Reed Timmer, | ) | |
| Plaintiff, | ) | Case No: 3:25-cv-00370 |
| vs. | ) | Judge William L. Campbell, Jr. |
| The Real Market Investors, Inc. | ) | Magistrate Judge Jeffery S. Frensley |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT AND TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE**

The Defendant, The Real Market Investors, Inc., submits this unopposed motion for an extension of time to answer or otherwise respond to the Complaint, through and including October 29, 2025.[1] The current deadline for Defendant to respond to the Complaint is September 29, 2025.

In addition, the Defendant requests that the Initial Case Management Conference, currently scheduled for October 6, 2025, at 8 a.m. Central time, be continued to some date convenient to the Court the week of November 17, 2025. Counsel for the parties discussed these issues via phone and email on September 24, 2025, and Plaintiff's counsel does not oppose these requests. *See* LR 7.

These extensions will permit the parties to continue their discussions for a potential resolution.

Wherefore, the Defendant respectfully moves this Court for an extension of time, through and including October 29, 2025, within which to move, answer, or otherwise respond to Plaintiff's Complaint. Further, the Defendant requests that the Initial Case Management Conference be

---
[1] In making this Motion, the Defendant does not waive any defenses (including, without limitation, personal jurisdiction, subject-matter jurisdiction, venue, insufficiency of service, and failure to state a claim), objections, rights or claims or counter-claims, or any other remedy or procedural mechanism.

1

rescheduled as stated above.

Respectfully submitted,

/s *Robb S. Harvey*
Robb S. Harvey (TN BPR No. 11519)
HOLLAND & KNIGHT, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
robb.harvey@hklaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, a true and correct copy of the foregoing document was electronically filed through the Court's CM/ECF filing system which will serve notice on all counsel having made an appearance, including:

Craig Sanders
Jaymie Sabilia-Heffert
Sanders Law Group
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
csanders@sanderslaw.group
jheffert@sanderslaw.group

/s *Robb S. Harvey*
